UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HOWARD SMITH,

    Plaintiff(s),      Case No. 15-cv-13909

v.             Judge Marianne O. Battani

HOME DEPOT U.S.A., INC.,     Magistrate Judge Michael J. Hluchaniuk

    Defendant(s).
             /

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Home Depot U.S.A., Inc.**
                 [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒  No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: **The Home Depot, Inc.**
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐  No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: November 13, 2015     s/Donelle R. Buratto
              Signature
              P69756
              Bar No.
              34977 Woodward Ave., Ste 300
              Street Address
              Birmingham, MI 48009
              City, State, Zip Code
              (248) 593-6400
              Telephone Number
              donelle.buratto@ogletreedeakins.com
              Primary Email Address